```
 1  5
    YOUNG & LAZZARINI
 2  KENRICK YOUNG (CSB #236032)
 3  NICHOLAS LAZZARINI (CSB #259247)
    770 L Street, Suite 950
 4  Sacramento, California 95814-7717
 5  916.929.6865 (tel)
    916.471.0377 (fax)
 6  info@kenrickyoung.com
 7
    Attorneys for Creditor Kenny Kwong, an individual
 8
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 20-22156 |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) DCN: KWY-002 |
| | ) |
| | ) **NOTICE OF MOTION FOR "IN** |
| EURISKO DEVELOPMENT LLC, | ) **REM" RELIEF FROM** |
| | ) **AUTOMATIC STAY** |
| | ) (11 U.S.C. § 362 and FRBP 4001) |
| | ) (LBR 4001-1 and 9014-1(f)(1)) |
| | ) |
| | ) Date:  May 12, 2020 |
| | ) Time: 2:00 p.m. |
| | ) Place: United States Bankruptcy Court |
| Debtor. | )         501 I Street, 6th Floor, Crtrm. 32 |
| | )         Sacramento, CA 95814 |
| | ) Hon. Christopher D. Jaime |
| | ) |
| | ) |

NOTICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 1 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA  95814-7717
916.929.6865

**TO THE UNITED STATES BANKRUPTCY COURT, UNITED STATES TRUSTEE, DEBTOR, 20 LARGEST UNSECURED CREDITORS, AND ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that a hearing on Creditor Kenny Kwong's ("Movant") Motion for In Rem Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d)(4) (the "Motion") will be heard on May 12, 2020 in the above-captioned Court at the above-captioned time. In summary, Movant seeks an order from the Court granting relief from stay as to the property commonly known as 9 La Noria, Orinda, California 94563 (APN 262-141-014) (the "Property"). The legal description of the Property is:

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ORINDA, COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:

**PARCEL ONE:**
PORTION OF LOTS 368, 369 AND 370, AS SHOWN ON THE MAP OF UNIT NO. 3, HACIENDAS DEL ORINDA, FILED FEBRUARY 16, 1925, MAP BOOK 19, PAGE 473, CONTRA COSTA COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT ON THE CENTER LINE OF THE ROAD KNOWN AS LA NORIA, LOCATED THEREON NORTH 61° 20' EAST DISTANT 79 FEET FROM THE MOST SOUTHERLY CORNER OF LOT 370, AS THE SAID ROAD AND LOT ARE SHOWN ON SAID MAP (19 M 473), AND RUNNING THENCE FROM SAID POINT OF COMMENCEMENT ALONG THE CENTER LINE OF THE SAID LA NORIA, THE FOLLOWING COURSES AND DISTANCES: NORTH 61° 20' EAST, 26 FEET, AND NORTHEASTERLY AND TANGENT TO THE LAST MENTIONED COURSE ALONG THE ARC OF A CIRCLE TO THE RIGHT, WITH A RADIUS OF 194 FEET, A DISTANCE OF 49 FEET; THENCE LEAVING THE CENTER LINE OF THE SAID LA NORIA AND RUNNING NORTH 24° 31' 40" WEST, 173.1 FEET; THENCE SOUTHWESTERLY ALONG THE ARC OF A CIRCLE TO THE RIGHT, WITH A RADIUS OF 103 FEET, A DISTANCE OF 5.02 FEET, THE LONG CHORD OF WHICH BEARS SOUTH 54° 00' 12" WEST; THENCE SOUTHWESTERLY ALONG THE ARC OF A COMPOUND CIRCLE TO THE RIGHT, WITH A RADIUS OF 295 FEET, A DISTANCE OF 69.98 FEET, THE LONG CHORD OF WHICH BEARS SOUTH 62° 11' 45" WEST; THENCE SOUTH 24° 29' 20" EAST, 167.35 FEET TO THE POINT OF COMMENCEMENT.

**PARCEL TWO:**
PORTION OF LOTS 367, 368 AND 370, AS SHOWN ON THE MAP OF UNIT NO. 3, HACIENDAS DEL ORINDA, FILED FEBRUARY 16, 1925, MAP BOOK 19, PAGE 473, CONTRA COSTA COUNTY RECORDS, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT A POINT

NOTICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 2 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

ON THE CENTER LINE OF THE ROAD KNOWN AS LA NORIA, AT THE MOST SOUTHERLY CORNER OF LOT 370, AS THE SAID ROAD AND LOT ARE SHOWN ON SAID MAP (19 M 473), AND RUNNING THENCE FROM SAID POINT OF COMMENCEMENT, ALONG THE CENTER OF THE SAID LA NORIA, NORTH 61° 20' EAST, 79 FEET; THENCE LEAVING THE CENTER LINE OF THE SAID LA NORIA,AND RUNNING NORTH 24° 29' 20" WEST, 167.35 FEET; THENCE SOUTHWESTERLY ALONG THE ARC OF A CIRCLE TO THE RIGHT, WITH A RADIUS OF 295 FEET, A DISTANCE OF 73.65 FEET, THE LONG CHORD OF WHICH BEARS SOUTH 76° 08' 37" WEST, TO A POINT ON THE NORTHERLY PRODUCTION OF THE WESTERLY BOUNDARY LINE OF THE SAID LOT 370; THENCE RUNNING ALONG THE NORTHERLY PRODUCTION OF THE SAID WESTERLY BOUNDARY LINE AND CONTINUING ALONG THE SAID WESTERLY BOUNDARY LINE SOUTH 22° 28' 05" EAST, 186.77 FEET TO THE POINT OF COMMENCEMENT.

**PARCEL THREE:**

RIGHT OF WAY CREATED IN REFERENCE TO PARCELS ONE AND TWO ABOVE IN THE DEED FROM NILS O. EKLUND, JR., ET AL, TO WILLIAM EDWARD KILGO, ET UX, RECORDED JUNE 3, 1959 IN BOOK 3385 OF OFFICIAL RECORDS, PAGE 489, AS FOLLOWS: "A RIGHT OF WAY (NOT TO BE EXCLUSIVE) FOR USE AS A ROADWAY FOR VEHICLES OF ALL KINDS, PEDESTRIANS AND ANIMALS, FOR WATER, GAS, OIL AND SEWER PIPE LINES AND FOR TELEPHONE, TELEVISION SERVICE, ELECTRIC LIGHT AND POWER LINES, TOGETHER WITH THE NECESSARY POLES OR CONDUITS OVER A PORTION OF LOTS 367 AND 368, AS DESIGNATED ON THE MAP ENTITLED 'UNIT NO. 3, HACIENDAS DEL ORINDA, CONTRA COSTA COUNTY, CALIFORNIA', WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF CONTRA COSTA, STATE OF CALIFORNIA, ON FEBRUARY 16, 1925 IN VOLUME 19 OF MAPS, AT PAGE 473, BEING OVER A STRIP OF LAND DESCRIBED AS FOLLOWS: "BEGINNING AT THE NORTHWEST CORNER OF LOT 370, AS DESIGNATED ON SAID MAP (19 MAPS 473); THENCE FROM SAID POINT OF BEGINNING NORTH 87° 49' 50" EAST ALONG THE NORTH LINE OF SAID LOT 370, 34.51 FEET; THENCE NORTH 67° 43' 30" EAST, 63.5 FEET; THENCE NORTH 58° 47' EAST, 26.65 FEET; THENCE NORTH 53° 42' EAST, 31.6 FEET; THENCE NORTH 38° 57' 40" EAST, 58.75 FEET TO THE SOUTHWEST LINE OF A COUNTY ROAD KNOWN AS LA SENDA; THENCE ALONG SAID SOUTHWEST LINE WESTERLY ALONG THE ARC OF A CURVE TO THE LEFT WITH A RADIUS OF 140 FEET, THE CENTER OF WHICH BEARS SOUTH 26° 17' 08" WEST, AN ARC DISTANCE OF 14.87 FEET TO A POINT FROM WHICH THE CENTER OF A REVERSE CURVE TO THE RIGHT WITH A RADIUS OF 175 FEET BEARS NORTH 20° 12' EAST; THENCE NORTHWESTERLY ALONG SAID CURVE TO THE RIGHT WITH A RADIUS OF 175 FEET, AN ARC DISTANCE OF 8.13 FEET TO A POINT FROM WHICH THE CENTER OF SAID CURVE BEARS NORTH 22° 51' 47" EAST; THENCE SOUTH 36° 43' WEST, 50.12 FEET; THENCE SOUTH 53° 42' WEST, 27.72 FEET; THENCE SOUTH 58° 47' WEST, 24.2 FEET; THENCE SOUTH 67° 43' 30" WEST, 33.90 FEET; THENCE NORTH 84° 11' 24" WEST, 29.83 FEET; THENCE SOUTHWESTERLY IN A DIRECT LINE TO THE POINT OF BEGINNING"

NOTICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 3 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

Rosalind L. Smith and Andre Scott ("Mr. Scott"), as manager of Eurisko Development LLC, a Nevada limited liability company ("Eurisko"), engaged in an improper transfer of a 5% interest in the Property to Rosalind Smith on the eve of a scheduled foreclosure sale. The day following the transfer, Rosalind Smith filed a Chapter 13 to stay the foreclosure. *In re Rosalind Smith*, USBC EDC 19-27600. This transfer was done without the consent of Movant, a secured creditor holding a second note and deed of trust on the Property, and such transfer was done with actual intent to hinder, delay or defraud the Movant. The Hon. Robert S. Bardwil already granted Movant relief from stay under 11 U.S.C. § 362(d)(1) for cause for this abusive scheme that harmed Movant. On the eve of the effective date of the order granting Movant's prior motion for relief from stay, Mr. Scott, as manager, caused this instant Chapter 11 filing to again impose an automatic stay to affect the Property. This is now the second bankruptcy filing to affect this Property within six (6) months and the second Chapter 11 filing by Eurisko. A prior bankruptcy filing occurred in 2015 and was undisclosed by Mr. Scott, as manager, in the voluntary petition.

Movant now seeks an order under 11 U.S.C. § 362(d)(4) granting *in rem* relief from stay that will be binding on the Property for a period of two (2) years from the recording of such order. In the alternative, Movant seeks an order under 11 U.S.C. 362(d)(1) for cause that grants relief from stay as to this instant Chapter 13 proceeding and this Property. Finally, Movant also requests a waiver of the 14-day stay of Bankruptcy Rule 4001(a)(3).

The Motion will be based on this Notice, the accompanying Motion, the Memorandum of Points and Authorities in Support, the Declaration of Kevin Terry in Support, the Index of Exhibits in Support, the Request for Judicial Notice in Support, the Court's docket, and any oral argument presented at hearing on the Motion.

NOTICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 4 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

PLEASE TAKE FURTHER NOTICE that this Motion is filed pursuant to Local Bankruptcy Rule 9014-1(f)(2), which states:

> *B) The use of this alternative procedure in connection with a motion for relief from the automatic stay shall be deemed a waiver of the time limitations contained in 11 U.S.C. § 362(e).*
>
> *C) When fewer than twenty-eight (28) days' notice of a hearing is given, no party in interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.*

Date:  April 22, 2020                    YOUNG & LAZZARINI

/s/ Kenrick Young
KENRICK YOUNG
Attorney for Creditor
Kenny Kwong

NOTICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 5 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA  95814-7717
916.929.6865