**2**
YOUNG & LAZZARINI
KENRICK YOUNG (CSB #236032)
NICHOLAS LAZZARINI (CSB #259247)
770 L Street, Suite 950
Sacramento, California 95814-7717
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Creditor Kenny Kwong, an individual

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 20-22156 |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) DCN: KWY-002 |
| | ) |
| | ) **REQUEST FOR JUDICIAL** |
| EURISKO DEVELOPMENT LLC, | ) **NOTICE IN SUPPORT OF** |
| | ) **MOTION FOR "IN REM" RELIEF** |
| | ) **FROM AUTOMATIC STAY** |
| | ) (11 U.S.C. § 362 and FRBP 4001) |
| | ) (LBR 4001-1 and 9014-1(f)(1)) |
| | ) |
| | ) Date: May 12, 2020 |
| | ) Time: 2:00 p.m. |
| Debtor. | ) Place: United States Bankruptcy Court |
| | )        501 I Street, 6th Floor, Crtrm. 32 |
| | )        Sacramento, CA 95814 |
| | ) Hon. Christopher D. Jaime |
| | ) |

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION FOR IN REM RELIEF FROM STAY

- 1 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

Creditor Kenny Kwong, an individual ("Movant") has filed a Motion for In Rem Relief from Automatic Stay pursuant to 11 U.S.C. § 362(d)(4) (the "Motion") in the matter of Eurisko Development LLC ("Eurisko") so that he may proceed with a foreclosure of the subject real property commonly known as 9 La Noria, Orinda, California 94563 (APN 262-141-014). Movant respectfully requests that this Court take judicial notice of the following evidence in support of the present Motion:

| Docket Number | Description |
| --- | --- |
| USBC EDC Case No. 19-27600 – Docket 1 | Rosalind Smith Voluntary Petition |
| USBC EDC Case No. 19-27600 – Docket 12 | Rosalind Smith Initial Schedules and SOFA |
| USBC EDC Case No. 19-27600 – Docket 13 | Rosalind Smith Initial Chapter 13 Plan |
| USBC EDC Case No. 19-27600 – Docket 40 | Rosalind Smith Second Amended Chapter 13 Plan |
| USBC EDC Case No. 19-27600 – Docket 49 | Movant Kenny Kwong's MFRS |
| USBC EDC Case No. 19-27600 – Docket 68 | Order Granting Movant Kenny Kwong's MFRS |
| USBC EDC Case No. 15-25055 – entire docket | Eurisko's bankruptcy filing from 2015 |
| USBC EDC Case No. 20-22156 – Docket 1 | Eurisko Current Voluntary Petition |

Date: April 23, 2020　　　　　　　　　YOUNG & LAZZARINI

/s/ Kenrick Young
　　　　KENRICK YOUNG
　　　　Attorney for Creditor
　　　　Kenny Kwong

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF
MOTION FOR IN REM RELIEF FROM STAY
- 2 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865