# RELIEF FROM STAY SUMMARY SHEET

\* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \*
*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION.*
THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS **NOT** EVIDENCE.

**DEBTOR:** EURISKO DEVELOPMENT LLC    **CASE NO.** 20-22156

**MOVANT:** Kenny Kwong    **DC NO.** KWY-002

**HEARING DATE/TIME:** May 12, 2020 at 2:00 p.m.

**RELIEF IS SOUGHT AS TO:**

(✓) **REAL PROPERTY**    Assessor Parcel Number (APN): 262-141-014

( ) **PERSONAL PROPERTY**    If applicable, Vehicle Identification Number (VIN): _____

( ) **STATE COURT LITIGATION**

1. Address OR description of property or state court action: 9 La Noria Way, Orinda, California 94563

2. Movant's trust deed is a ( ) 1st (✓) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is ( ) Residential ( ) Non-residential Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? __No__    Movant's valuation of property: $ 2,000,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 278,000.00 | $ 50,429.80 | $ 6,252.92 | $ 334,682.72 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page(s) if necessary.

   FCI (1st position)                               $ 1,150,000.00
   Kenny Kwong (2nd position)                $ 334,682.72
   _____        $ _____
                            **TOTAL ALL LIENS**    $ 1,484,682.72
                            **DEBTOR'S EQUITY**    $ 515,317.28

6. Monthly payment is $ 3,142.29, of which $ 0.00 is for impound account. Monthly late charge is $ 314.00.

7. The last payment by debtor was received on n/a and was applied to the payment due n/a.

8. Number of payments past due and amount: (a) Pre-petition 10 $ 31,422.90 (b) Post-petition ___ $_____.

9. Notice of Default was recorded on 8/6/2019. Notice of sale was published on 11/12/2019.

10. If a chapter 13 case, in what class is this claim? _____

11. Grounds for seeking relief (check as applicable):

   (✓) § 362(d)(1)      ( ) § 362(d)(2)      ( ) § 362(d)(3)      (✓) § 362(d)(4)

   (✓) Cause    ( ) Inadequate protection    ( ) Lack of equity    ( ) Lack of insurance    (✓) Bad faith

   ( ) Surrendered pursuant to Statement of Intention.    ( ) Report of No Distribution has been filed.

   ( ) Other _____.

EDC 3-468 (Rev. 2/18)