**3**

YOUNG & LAZZARINI
KENRICK YOUNG (CSB #236032)
NICHOLAS LAZZARINI (CSB #259247)
770 L Street, Suite 950
Sacramento, California 95814-7717
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Creditor Kenny Kwong, an individual

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 20-22156 |
| | ) |
| | ) Chapter 11 |
| | ) |
| | ) DCN: KWY-002 |
| | ) |
| | ) **PROOF OF SERVICE** |
| EURISKO DEVELOPMENT LLC, | ) |
| | ) Date: May 12, 2020 |
| | ) Time: 2:00 p.m. |
| | ) Place: United States Bankruptcy Court |
| | )      501 I Street, 6th Floor, Crtrm. 32 |
| | )      Sacramento, CA 95814 |
| | ) Hon. Christopher D. Jaime |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

PROOF OF SERVICE OF MOTION FOR
IN REM RELIEF FROM STAY

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 770 L Street, Ste 950, Sacramento, CA 95814. On the date set forth below, I served the within document(s):

1. **NOTICE OF MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
2. **MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
3. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
4. **DECLARATION OF KEVIN TERRY IN SUPPORT OF MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
5. **INDEX OF EXHIBITS IN SUPPORT OF MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
6. **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR "IN REM" RELIEF FROM AUTOMATIC STAY**
7. **MOTION FOR RELIEF FROM STAY SUMMARY SHEET**

   **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

   **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

   **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

   **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

1. **United States Trustee,** Office of the U.S. Trustee, Attn: Justin C. Valencia, 2500 Tulare Street, Suite 1401, Fresno, CA 93721 (also by e-mail: justin.c.valencia@usdoj.gov).

PROOF OF SERVICE OF MOTION FOR
IN REM RELIEF FROM STAY

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865

2. **Rosalind L. Smith**, 4517 Sierra View Way, Fair Oaks, CA 95628 (co-debtor)

3. **Duane Wellhoefer**, Agent for Service of Process for Premier Money Source (by email at duane@premiermoneysource.com) (First DOT holder) *(FCI was erroneously identified as the First DOT holder but it is only the servicing agent for Premier Money Source, the correct First DOT holder)*

4. **Andre Scott**, Agent of Service of Process for Eurisko Development LLC, 4517 Sierra Way, Fair Oaks, CA 95628 (co-borrower)

5. **20 LARGEST UNSECURED CREDITORS**

| Carlos Flooring | Cutting Edge General Contracting |
|---|---|
| 15 Poncetta Drive, Suite #210 | 650 Del Verdi Circle #8 |
| Daly City, CA 94015 | Sacramento, CA 95833 |

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

  Executed on April 23, 2020 at Sacramento, California.


       /s/ Kenrick Young
        KENRICK YOUNG

PROOF OF SERVICE OF MOTION FOR
IN REM RELIEF FROM STAY

- 3 -

YOUNG & LAZZARINI
770 L STREET, SUITE 950
SACRAMENTO, CA 95814-7717
916.929.6865