YOUNG & LAZZARINI
NICHOLAS LAZZARINI (CSB #259247)
KENRICK YOUNG (CSB #236032)
770 L Street, Suite 950
Sacramento, California 95814-7717
916.929.6865 (tel)
916.471.0377 (fax)
info@kenrickyoung.com

Attorneys for Creditor Kenny Kwong, an individual

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-22156 |
| | Chapter 11 |
| | DCN: NUU-1 |
| EURISKO DEVELOPMENT LLC, | **PROOF OF SERVICE** |
| Debtor. | |

PROOF OF SERVICE

- 1 -

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Young & Lazzarini, 770 L Street, Suite 950, Sacramento, CA 95814. On the date set forth below, I served the within document(s):

1. **OPPOSITION TO MOTION FOR RELIEF FROM ORDER DISMISSING CASE**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

1. **Eurisko Development LLC**, 4517 Sierra Way, Fair Oaks, CA 95628
2. **Eurisko Development LLC**, c/o Chinonye Ugorji, Nonye Ugorji Law Corporation, 2775 Cottage Way, Suite 36, Sacramento, CA 95825

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 26 2020 at Sacramento, California.

/s/ Nicholas Lazzarini
NICHOLAS LAZZARINI