**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                      ) Case No. 20-22156-B-11
                                            )
EURISKO DEVELOPMENT LLC,                     ) DC No. KWY-2
                                            )
                          Debtor(s).         )
_____)

**ORDER DENYING AS MOOT MOTION FOR RELIEF FROM AUTOMATIC STAY**

Introduction

The court has before it a *Motion for "In Rem" Relief From Automatic Stay* filed by creditor Kenny Kwong ("Kwong"). The motion requests relief from the automatic stay of 11 U.S.C. § 362(a) pursuant to 11 U.S.C. § 362(d)(4). For the reasons explained below, the motion will be denied as moot.

The motion is not opposed. However, the absence of an opposition does not necessarily mean that a motion will automatically be granted. Rivas-Almendarez v. Holder, 362 Fed. Appx. 606 (9th Cir. 2010). Even an unopposed motion must have merit and there must be a basis for the court to grant the relief requested. See generally, In re Bassett, 2019 WL 993302, *5 (Bankr. E.D. Cal. 2019).

The court has reviewed the motion and its related declaration and exhibits. The court has also reviewed and takes judicial notice of the docket in this case. See Fed. R. Evid. 201(c)(1).

The court has determined this matter may be decided on the papers. See General Order No. 618 at p.3, ¶ 3 (E.D. Cal. May 13, 2020) (ordering courthouse closure "until further notice" due

COVID-19 pandemic and further ordering that all civil matters are to be decided on the papers unless the presiding judge determines a hearing is necessary).  The court has also determined that oral argument will not assist in the decision-making process or resolution of the motion.  <u>See</u> Local Bankr. R. 9014-1(h), 1001-1(f).  The hearing on June 2, 2020, at 9:30 a.m. will be vacated.

Findings of fact and conclusions of law are set forth below. <u>See</u> Fed. R. Civ. P. 52(a); Fed. R. Bankr. P. 7052.

<u>Background</u>

The motion concerns real property located at 9 La Noria, Orinda, California ("Orinda Property").  Docket 11 at 2:7-8. When the motion was filed, Eurisko Development, LLC ("Eurisko") owned the Orinda Property subject to Kwong's second deed of trust.  <u>Id.</u> at 2:5-18.  After this case was dismissed on May 12, 2020, Docket 34, Kwong foreclosed on the Orinda Property on May 13, 2020.  Docket 46 at 2:2-3,

<u>Discussion</u>

Dismissal of a bankruptcy case does not necessarily moot a request for relief under § 362(d)(4).  <u>See</u> <u>Benzeen, Inc. v. JP Morgan Chase Bank (In re Benzeen, Inc.)</u>, 2018 WL 6627275, *4 (9th Cir. BAP 2018) (noting that request for § 362(d) (4) relief survives dismissal); <u>see also</u> <u>Azkam v. U.S. Bank N.A.</u>, 2020 WL 1700028, *3 (E.D. Cal. 2020) ("An order granting relief under [§ 362(d)(4)] may survive the dismissal of the bankruptcy in some cases.").  Here, however, events subsequent to dismissal have

- 2 -

1  mooted Kwong's request for § 362(d)(4) relief.

2      Section 362(d)(4) permits the court to grant relief "with

3  respect to a stay of an act against real property under

4  subsection (a), *by a creditor whose claim is secured by an*

5  *interest in such real property*[.]"  11 U.S.C. § 362(d)(4)

6  (emphasis added).  Since Kwong foreclosed on the deed of trust he

7  held on the Orinda Property the day after this case was

8  dismissed, Kwong is no longer "a creditor whose claim is secured

9  by an interest in such real property[.]"  Therefore,

10     IT IS HEREBY ORDERED that the motion for relief from the

11 automatic stay filed on April 23, 2020, at Docket 9, is denied as

12 moot.

13     IT IS FURTHER ORDERED that the hearing on June 2, 2020, at

14 9:30 a.m. is vacated.

15

16 **Dated:** May 28, 2020

17

18

19 Christopher D. Jaime, Judge
   United States Bankruptcy Court

20

21

22

23

24

25

26

27

28

       - 3 -

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

    The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Chinonye Ugorji
2775 Cottage Way, Suite 36
Sacramento CA 95825

Kenrick Young
770 L Street, Suite 950
Sacramento CA 95814

Justin C. Valencia
2500 Tulare St #1401
Fresno CA 93721

– 4 –