FORM EDC 6–632 Order Closing Case Where Case Has Been Dismissed (v.8.14)     20–22156 – B – 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## ORDER CLOSING CASE WHERE CASE HAS BEEN DISMISSED

**Case Number:** 20–22156 – B – 11

**Debtor Name(s) and Address(es):**

Eurisko Development LLC.
4517 Sierra Way
Fair Oaks, CA 95628

WHEREAS, an order has heretofore been entered dismissing case,

**IT IS ORDERED** that the above–entitled case be and the same is hereby closed.

Dated: 6/15/20

Wayne Blackwelder
Clerk of Court